Josh H. Escovedo, State Bar No. 284506
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:     916.558.6000
Facsimile:      916.446.1611
Email:  jescovedo@weintraub.com

Attorneys for Plaintiff iSmile Dental Products, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| iSMILE DENTAL PRODUCTS, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMILE DENTAL SUPPLY, INC., a corporation of unknown jurisdiction; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01055-TLN-GGH<br><br>**ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL AND REQUEST FOR RETENTION OF JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

The Court, having reviewed and considered the parties' Stipulation of Voluntary Dismissal and Request for Retention of Jurisdiction to Enforce the Settlement Agreement, hereby dismisses this action with prejudice. The Court will maintain jurisdiction over the parties for the limited purpose of enforcing the settlement agreement giving rise to this dismissal. *See K.C. v. Torlakson*, 762 F.3d 963, 967 (9th Cir. 2014); *Porter v. Spencer*, 2018 U.S. Dist. Lexis 136600, *2 (E.D. Cal. 2018); *Hendrickson v. United States*, 791 F.3d 354, 361 (2d Cir. 2015).

IT IS SO ORDERED.

Dated: June 25, 2020

_____
Troy L. Nunley
United States District Judge